**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known): _____    Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Emerald Hollow Mine, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 47-2245021 |
| 4. | Debtor's address | **Principal place of business**<br><br>**610 Berkshire Drive**<br>**Statesville, NC 28677**<br>Number, Street, City, State & ZIP Code<br><br>**Iredell**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**484 Emerald Hollow Mine Drive Hiddenite, NC 28636**<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | www.emeraldhollowmine.com |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **Emerald Hollow Mine, LLC** _____ Case number (if known) _____
     Name

**7. Describe debtor's business**

A. Check one:
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. Check all that apply
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

Check one:
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. Check all that apply:
  - ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 04/01/25 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D) and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the _Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11_ (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor  **Emerald Hollow Mine, LLC**  Case number (*if known*) _____
_____Name_____

10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?
    ☐ No
    ■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **Jason Martin and Tiffany Martin**  Relationship **Insiders**

District **Western District of North Carolina**  When **5/16/22**  Case number, if known _____

11. Why is the case filed in *this district*?  Check all that apply:
    ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?
    ■ No
    ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)
    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____
    ☐ It needs to be physically secured or protected from the weather.
    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    ☐ Other

    **Where is the property?** _____
    Number, Street, City, State & ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes.  Insurance agency _____
            Contact name _____
            Phone _____

■ **Statistical and administrative information**

13. Debtor's estimation of available funds
    Check one:
    ■ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. Estimated number of creditors
    ■ 1-49
    ☐ 50-99
    ☐ 100-199
    ☐ 200-999
    ☐ 1,000-5,000
    ☐ 5001-10,000
    ☐ 10,001-25,000
    ☐ 25,001-50,000
    ☐ 50,001-100,000
    ☐ More than 100,000

15. Estimated Assets
    ☐ $0 - $50,000
    ☐ $50,001 - $100,000
    ■ $100,001 - $500,000
    ☐ $500,001 - $1 million
    ☐ $1,000,001 - $10 million
    ☐ $10,000,001 - $50 million
    ☐ $50,000,001 - $100 million
    ☐ $100,000,001 - $500 million
    ☐ $500,000,001 - $1 billion
    ☐ $1,000,000,001 - $10 billion
    ☐ $10,000,000,001 - $50 billion
    ☐ More than $50 billion

Official Form 201  Voluntary Petition for Non-Individuals Filing for Bankruptcy  page 3

Debtor  **Emerald Hollow Mine, LLC**_____  Case number (*if known*)_____
  Name

16. **Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

*[signature]*

Debtor  **Emerald Hollow Mine, LLC** _____  Case number (*if known*) _____
        Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   05/16/22
              MM / DD / YYYY

X _/s/ Jason Martin_____        **Jason Martin**
Signature of authorized representative of debtor   Printed name

Title  **Member Manager**

**18. Signature of attorney**

X _/s/ John C. Woodman_____   Date  5/16/2022
Signature of attorney for debtor                       MM / DD / YYYY

**John C. Woodman**
Printed name

**Essex Richards, P.A.**
Firm name

**1701 South Blvd.**
**Charlotte, NC 28203**
Number, Street, City, State & ZIP Code

Contact phone  **704-377-4300**     Email address  **jwoodman@essexrichards.com**

**42365 NC**
Bar number and State

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| **EMERALD HOLLOW MINE, LLC** | ) | Case No. 22-_____ |
| | ) | Chapter 11 |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

## LIST OF EQUITY SECURITY HOLDERS

Below is a list of the Debtor's equity security holders which is prepared in accordance with Bankruptcy Rule 1007(a)(3) for filing in this Chapter 11 case:

Jason Martin                         100%

Date: May 16, 2022
Charlotte, NC

**ESSEX RICHARDS, P.A.**

*/s/ John C. Woodman*
John C. Woodman (NC Bar No. 42365)
1701 South Boulevard
Charlotte, North Carolina 28203
Tel: (704) 377-4300
Fax: (704) 372-1357
E-mail: jwoodman@essexrichards.com
*Counsel for the Debtor*

By: _____

Print Name: Jason Martin
Its: Member Manager

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

| | |
|---|---|
| **EMERALD HOLLOW MINE, LLC** ) | Case No. 22-_____ |
| ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned for EMERALD HOLLOW MINE, LLC in the above captioned action, certifies that the following is a corporation, other than the debtor or a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1:

__X__ NONE

Date: May 16, 2022
Charlotte, NC

**ESSEX RICHARDS, P.A.**

/s/ John C. Woodman
John C. Woodman (NC Bar No. 42365)
1701 South Boulevard
Charlotte, North Carolina 28203
Tel: (704) 377-4300
Fax: (704) 372-1357
E-mail: jwoodman@essexrichards.com
*Counsel for the Debtor*

By:_____

Print Name: Jason Martin
Its: Member Manager

## **COMPANY RESOLUTION**

I, the undersigned, being the Member Manager Emerald Hollow Mine, LLC, a North Carolina limited liability company (the "Company"), having corporate headquarters located at 610 Berkshire Drive, Statesville NC 28677, do hereby adopt the following resolutions by signing below to consent to action without holding a formal meeting the Company:

**RESOLVED**, that the filing by the Company of a petition for relief under chapter 11 of title 11, United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Western District of North Carolina is approved; and it is

**FURTHER RESOLVED**, that the officer of the Company is authorized, empowered, and directed to execute on behalf of the Company a petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Western District of North Carolina, and any affidavits, forms, schedules, application or any other pleadings or documents which are necessary or appropriate, including debtor-in-possession financing arrangements; and it is

**FURTHER RESOLVED**, that the retention on behalf of the Company of the law firm of Essex Richards, P.A.., upon such terms and conditions as the Officer of the Company shall approve, to render legal services to, and to represent the Company in connection with such chapter 11 proceedings and other related matters in connection therewith, is authorized and approved; and it is

**FURTHER RESOLVED**, that any of the Officer of the Company are each severally authorized to retain on behalf of the Company such other professionals as the Officer of the Company deem necessary or appropriate, upon such terms and conditions as the Officer of the Company shall approve, to render services to the Company in connection with such chapter 11 proceedings and with respect to other related matters in connection therewith; and it is

**FURTHER RESOLVED**, that any of the Officer of the Company are authorized, empowered, and directed to take any and all further action and to execute and deliver any and all such further instruments and documents and to pay all such expenses (subject to bankruptcy court approval), where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; and it is

**FURTHER RESOLVED**, that all actions taken by the Officer of the Company prior to the date hereof in connection with the reorganization of the Company or any matter related thereto, or by virtue of these resolutions, are hereby in all respects ratified, confirmed, and approved.

Dated: Charlotte, North Carolina
     May ____, 2022

EMERALD HOLLOW MINE, LLC

By: _____

Print Name: Jason Martin

Its: Member Manager

# United States Bankruptcy Court
## Western District of North Carolina

In re: **Emerald Hollow Mine, LLC**

Debtor(s)

Case No. _____
Chapter **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Member Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: 5/16/22

Jason Martin/Member Manager
Signer/Title

Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703

US Small Business Administration
2 North Street
Suite 320
Birmingham, AL 35203

World Business Lenders
10 Hudson Street
33rd Floor
Jersey City, NJ 07302

World Business Lenders
c/o Walt Pettit: Hutchens Law Firm
6203 Fairview Road
Suite 315
Charlotte, NC 28210

Internal Revenue Service
PO Box 7346
Philidelphia, PA 19101

NC Department of Revenue
PO Box 25000
Raleigh, NC 27640

Hiddenite Gems, Inc.
484 Emerald Hollow Mine Drive
Hiddenite, NC 28636

Watkins Gems
484 Emerald Hollow Mine Drive
Hiddenite, NC 28636

Duke Energy
PO Box 1090
Charlotte, NC 28201

Verizon Wireless
500 Technology Drive
Suite 550
Saint Charles, MO 63304

Spectrum
7910 Crescent Executive Drive
Charlotte, NC 28217

Republic Services
4664 NC Highway 90 E
Hiddenite, NC 28636

ADT Security Services
PO Box 650485
Dallas, TX 75265

Thompson Gas
5470 Hudspeth Dairy Road
Harrisburg NC 28075

Truist Bank
214 N. Tryon Street
Charlotte, NC 28202

1&1
701 Lee Road
Suite 300
Chesterbrook PA 19087

123 Form Builders
Flavia Palaca
10 Ground Floor
300195 Timisoara Romania EU

Adobe
345 Park Avenue
San Jose, CA 95110

AFG Rentals
900 McDuff Avenue
Grandview, TX 76050

AI Insurance
5265 Parkway Plaza Boulevard
Suite 150
Charlotte, NC 28217

Alexander County Tax Office
151 West Main Avenue
Taylorsville, NC 28681

Allstate
452 E. Main Avenue
Taylorsville, NC 28681

Ameritas Insurance
5900 O Street
Lincoln NE 68501

A Better Way
760 Indian Hill Road
Olin, NC 28660

Bell, Davis & Pitt
227 W. Trade Street
Suite 1800
Charlotte, NC 28202

Best In Gems
6724 Perimeter Loop Road 307
Dublin, OH 43017

BiteFender
3945 Freedom Circle
Suite 500
Santa Clara, CA 95054

BBB
9719 Northeast Parkway
Suite 300
Matthews, NC 28105

BSS
282 Scotts Creek Road
Statesville, NC 28625

Dalton Martin
610 Berkshire Drive
Statesville NC 28677

Donn Bowlin
338 Cedar Avenue
Strawberry Plains, TN 37871

EFax
700 South Flower Street
15th Floor
Los Angeles, LA 90017

EPOS
2 Leng Kee Road
#02-07
Thye Hong Centre
Singapore 159086

Josiah Williams
5794 Adicks Court
York, SC 29745

Facebook
1 Hacker Way
Menlo Park, CA 94025

Freedom Voice
505 Van Ness Avenue
Room 2003
San Fransisco, CA 94102

Google
1600 Ampitheatre Parkway
Mountain View, CA 94043

IONOS
701 Lee Road
Suite 300
Chesterbrook, PA 19087

ITCS Web Clock
275 South Charles Richard Boulevavrd
Suite 110
DeBary, FL 32713

Legal Zoom
990 Spectrum Drive
Austin, TX 78717

Myers Tires
1293 S. Main Street
Akron, OH 44301

Tripp's
1408 Frontage Road
Socorro MN 87801

Village Originals
7256 Cross Park Drive
North Charleston, SC 29418

Vista Gems
PO Box 164
Skillman, NJ 08558

Yahoo Mail Plus
701 1st Avenue
Sunnyvale, CA 94089

Youtube
100 Cherry Avenue
San Bruno, CA 94066